AIR EXPERTS, a United Services Co., Inc., and James D. Abrams, Plaintiffs/Appellants,

v.

BETTER BUSINESS BUREAU OF GREATER ST. LOUIS, INC., and James C. Schmitt, and John A. Flotron, Defendants/Respondents.

No. 68850.

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 6, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1996.

Application to Transfer Denied Nov. 19, 1996.

John E. Toma, Jr., St. Louis, for appellants.

Joseph E. Martineau, Robert B. Hoemeke, St. Louis, for respondents.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Air Experts, a United Services Corporation, Inc., and James D. Abrams, appeal from a grant of summary judgment entered in favor of defendants Better Business Bureau of Greater St. Louis, Inc. ("BBB"), James C. Schmitt, and John A. Flotron, in a defamation action. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).